# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.Q.,<br><br>       Petitioner,<br><br>v.<br><br>John Cantu, et al.,<br><br>       Respondents. | No. CV-25-02442-PHX-KML (CDB)<br><br>**ORDER** |

Respondents have agreed "not to remove Petitioner while his motion for injunctive relief is pending." (Doc. 7 at 1.) Pursuant to that stipulation,

**IT IS ORDERED** the Stipulation (Doc. 7) is **GRANTED**. Respondents shall not remove petitioner from the United States before the court rules on the motion for temporary restraining order.

Dated this 14th day of July, 2025.

Honorable Krissa M. Lanham
United States District Judge