WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.Q., | No. CV-25-02442-PHX-KML (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| John Cantu, et al., | |
| Respondents. | |

On July 13, 2025, petitioner E.Q. filed a motion for temporary restraining order that would "prohibit[] for 14 days his transfer out of this court's jurisdiction and his removal from the United States." (Doc. 2 at 17.) The following day respondents agreed "not to remove the Petitioner while his motion for injunctive relief is pending" and indicated they would respond to the motion no later than July 28, 2025. (Doc. 7 at 1.) On July 28, 2025, respondents filed a "Notice of Non-Opposition to Petitioner's Motion for Emergency Stay of Removal." (Doc. 12 at 1.) That notice states respondents "agree not to remove Petitioner from the United States or transfer him out of the Court's jurisdiction for 14 days," but if the court grants any "further injunctive relief" respondents "reserve[] the right to file supplemental briefing." (Doc. 12 at 1.)

Because respondents do not oppose petitioner's motion, it is granted. No bond is appropriate. If petitioner wishes to extend the temporary restraining order for an additional fourteen days and/or obtain a preliminary injunction, he must file a motion seeking that relief no later than August 8, 2025. If petitioner files such a motion, by August 11, 2025,

1  at 10:00 a.m., respondents must file either a statement agreeing not to remove or transfer
2  petitioner while his motion is pending or an opposition to the motion. If respondents file
3  an opposition, petitioner must reply no later than 4:00 p.m. on August 11, 2025. If on
4  August 22 respondents file a statement memorializing their agreement instead of an
5  opposition, they shall file their response to the motion no later than August 22, 2025, and
6  petitioner shall file his reply no later than August 24, 2025.

7  Accordingly,

8  **IT IS ORDERED** the Motion for Temporary Restraining Order (Doc. 2) is
9  **GRANTED**. Respondents shall not remove petitioner from the United States or transfer
10 petitioner out of this court's jurisdiction. No bond is appropriate.

11 **IT IS FURTHER ORDERED** this order shall expire fourteen days after issuance
12 unless it is extended by subsequent order.

13 **IT IS FURTHER ORDERED** if petitioner wishes to extend the temporary
14 restraining order and/or obtain a preliminary injunction, he must file a motion seeking such
15 relief no later than **August 8, 2025**. If a motion is filed, no later than **10:00 a.m.** on **August
16 11, 2025**, respondents shall file either 1) a statement indicating they will not remove or
17 transfer petitioner while his motion is pending or 2) their opposition to his motion. If
18 respondents agree not to remove or transfer petitioner, respondents' opposition shall be
19 filed no later than **August 22, 2025**, and petitioner's reply shall be filed no later than
20 **August 24, 2025**. If respondents do not agree to refrain from removing or transferring
21 petitioner while his motion is pending, petitioner's reply shall be filed no later than **4:00
22 p.m.** on **August 11, 2025**.

23 Dated this 29th day of July, 2025.

Honorable Krissa M. Lanham
United States District Judge