**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.Q., | No. CV-25-02442-PHX-KML (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| John Cantu, et al., | |
| Respondents. | |

The court issued a temporary restraining order that is set to expire on August 12, 2025. (Doc. 13.) After that order, plaintiff filed a motion for preliminary injunction that was not fully briefed until late afternoon on August 11, 2025. (Doc. 14, 15, 16.) A temporary restraining order may be extended for an additional fourteen-day period upon a showing of "good cause." Fed. R. Civ. P. 65(d). Good cause exists to extend the temporary restraining order to allow the court time to review the parties' positions and issue a reasoned decision on the request for a preliminary injunction. *See United States v. United Mine Workers of Am.*, 330 U.S. 258, 301 (1947) (extension appropriate because "[t]here was then in progress argument on defendants' motion"); *Dellinger v. Bessent*, 768 F. Supp. 3d 30, 33 (D.D.C. 2025) (finding good cause "so that the status quo will be preserved for the brief period of time it takes to complete the written opinion on the . . . motion for preliminary injunction").

/

/

1  Accordingly,

2  **IT IS ORDERED** the temporary restraining order (Doc. 13) is **EXTENDED** an
3  additional fourteen days from its current expiration.

4  Dated this 12th day of August, 2025.

*[Signature]*
Honorable Krissa M. Lanham
United States District Judge