# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

E.Q.,

        Petitioner,

v.

John Cantu, et al.,

        Respondents.

NO. CV-25-02442-PHX-KML (CDB)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed August 26, 2025, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and this action are hereby dismissed for lack of jurisdiction.

                                              Debra D. Lucas
                                              District Court Executive/Clerk of Court

August 26, 2025

                                              s/ D. Draper
                                   By   Deputy Clerk